FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN 17  PM 2: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK ANTHONY HORTON                                CIVIL ACTION

VERSUS                                             NUMBER: 08-3154

SHERIFF JACK STRAIN, ET AL.                        SECTION: "C"(5)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint, insofar as it can be construed as a request for habeas corpus relief, is dismissed without prejudice for failure to exhaust available state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's §1983 claim is

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

New Orleans, Louisiana, this _16_ day of _June_, 200__.

_____
UNITED STATES DISTRICT JUDGE